**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00822-CR

### EX PARTE DAVID L. SCHNITZER, Appellant

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-15-A1884-D**

## ORDER

We **GRANT** Appellant's September 8, 2015 Unopposed Motion to Hold Appeal in Abeyance. We **REMOVE** the appeal from its October 23, 2015 submission setting.

We **ORDER** Appellant to file, within ninety days of the date of this order, either a motion to dismiss the appeal, a motion to reinstate the appeal, or a request for more time to pursue the expunction.

This appeal is **ABATED** for ninety days or until the Court receives a motion or request from Appellant as ordered above, whichever is earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE